UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                            CASE NO.  3:02CR5LAC

RAPHAEL D. NICKERSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    March 5, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. SECTION 3582(c)(2)
Filed by  DEFENDANT PRO SE            on 3/3/08            Doc.# 191

RESPONSES:
BY GOVERNMENT                         on 3/7/08            Doc.# 193
_____       on _____   Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 11th day of April, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) At sentencing, the defendant was held accountable for 4.8 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is ineligible for a reduction in his sentence of imprisonment pursuant to Amendment 706.*

*s/L.A. Collier*
Entered On Docket: _____ By: __        ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    ***Senior United States District Judge***
Copies sent to:_____

Document No.