UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:02CR5 LAC

RAPHAEL D. NICKERSON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 29, 2008
Motion/Pleadings:  MOTION FOR RECONSIDERATION PURSUANT TO 18 USC § 3582(c)(2)
Filed by  DEFENDANT PRO SE    on 4/28/08    Doc.# 196

RESPONSES:
BY GOVERNMENT    on 5/2/08    Doc.# 197
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*
*(a) The relief requested is **GRANTED**.*
*(b) _____*

s/ L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.